THE PEOPLE ex rel. THE NEW YORK PHONOGRAPH COMPANY, Appellant, *v.* FRANK RICE, Secretary of State, Respondent.

(Argued June 8, 1891; decided June 16, 1891.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made September 24, 1890, which affirmed an order of Special Term denying a motion for a peremptory mandamus.

*Noah Davis* and *L. Pincoffs* for appellant.

*Charles F. Tabor, Attorney-General,* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.

---

DENNIS W. MORAN, Respondent, *v.* GEORGE CONOMA et al., Defendants, MAYER LOEB et al., Purchasers, Appellants.

(Argued June 1, 1891; decided June 16, 1891.)

APPEAL from order of the General Term of the Superior Court of the city of New York, made March 2, 1891, which affirmed an order of Special Term granting plaintiff's motion to compel the appellants, as purchasers of certain mortgaged premises, to complete their purchase.

*Emanuel J. Myers* for appellants.

*James Kearney* for respondent.

*Solomon F. Higgins* for defendants.

Agree to affirm; no opinion.
All concur.
Order affirmed.